

**AMERICAN AUCTION ASSOCIATES, INC.**

July 31, 2019

Cindy Johnson
Johnson Legal Group, LLC
140 S. Dearborn Street - Suite 1510
Chicago, Illinois 60603

RE:  Auction Summary - Solar Array Solutions, Inc.          Case No. 18-33711

| | | |
|---|---|---:|
| 2017 BIG TEX 22GN GOOSENECK TRAILER, VIN 16VGX2029H6079768 | | $ 6,250.00 |
| Sold To: | Stephen Piniaha, 31 Brookside Drive, Sparta, NU 07871 | |
| 2018 YAMAHA VIKING YXM700E, VIN 5Y4AMA5Y8JA104980 | | $ 6,000.00 |
| Sold To: | Salvador Ramirez, Phoenix Concrete, 175 S. Belmont St., Elgin, IL 60123 | |
| 2017 YAMAHA VIKING YXM700ES, 5YAMB2Y4HA101143 | | $ 6,000.00 |
| Sold To: | Tomasz Mika, Mika Logistics, Inc. 1N550 Forest Ave, Glen Ellyn, IL 60137 | |
| | Gross Auction Proceeds | $ 20,075.00 |
| | Less:  Auctioneer's Buyer's Premium | $ (1,825.00) |
| | Net Auction Proceeds | $ 18,250.00 |

Expenses:

| Date | Description | Amount |
|---|---|---:|
| 3/6/2019 | Transport of Trailer and ATV's Hoffman Estates, Illinois | $ 175.00 |
| 7/5/2019 | 2-Personnel to Prepare for Auction-8.09% Share of $500.00 | 40.44 |
| 7/8/2019 | Prepare and Publish Web Page Advertising-8.09% Share of $175.00 | 14.15 |
| 7/5/2019 | 2-Personnel to Prepare for Auction-8.09% Share of $500.00 | 40.44 |
| 7/9/2019 | 2-Personnel to Prepare for Auction-8.09% Share of $500.00 | 40.44 |
| 7/10/2019 | 2-Personnel to Prepare for Auction-8.09% Share of $500.00 | 40.44 |
| 7/10/2019 | Printing of Auction Promotional Brochure-8.09% Share of $294.84 | 23.85 |
| 7/11/2019 | First Class Postage for 306 Brochures-8.09% Share of $235.01 | 19.01 |
| 7/12/2019 | Daily Herald, Four Color 1/4 Page Ad - 8.09% of $250.00 | 20.22 |
| 7/14/2019 | Daily Herald, Four Color 1/4 Page Ad - 8.09% of $250.00 | 20.22 |
| 7/19/2019 | 2-Personnel to Oversee Public Viewing-8.09% Share of $500.00 | 40.44 |
| 7/20/2019 | 4-Personnel to Control Auction & Removal-8.09% Share of $850.00 | 68.75 |
| 7/20/2019 | Auction Registration/Collection Clerk-8.09% Share of $175.00 | 14.15 |
| 7/20/2019 | Auction Bookkeeper-8.09% Share of $175.00 | 14.15 |
| 7/20/2019 | Bidspotter Online Bidding Platform Fee-8.09% Share of $350.00 | 28.31 |
| 7/22/2019 | 1-Personnel Oversee Removal and Pickup-8.09% Share of $250.00 | 20.22 |
| | Total Expenses | $ 620.22 |

Please remit expense reimbursement to:
American Auction Associates, Inc.
508 West Brittany Drive
Arlington Heights, Illinois  60004



## Order Summary
**Order Number:** #677353
**Type:** Postcard
**Status:** Completed
**Delivery Method:** Schaumburg Pickup
**Order Placed:** 7/8/2019

## Delivery Information
**Pickup Name:** Kim Castaneda

## Order Information
**Job Name:** Public Auction - Summer Car Truck & Trailer Sale
**Turnaround:** Fast
**Estimated Due Date:** Wednesday, July 10, 2019
**Quantity:** 1000
**Exact Quantity:** No
**Paper Stock:** 16pt C2S Cardstock
**Coating:** High Gloss UV
**Print Job Size:** 11 x 6
**Exact Size:** No
**Sides:** Double Sided (4/4)
**Selected Options:** No options selected
**Added Files:** 2019-summer-car-sale.jpg
2019-summer-car-sale2.jpg
Add Files
**Notes:** No notes entered

## Pricing
**Print Price:** $280.80
**Shipping Price:** $0.00
**Sales Tax:** $14.04
**Total Price:** $294.84

## Shipping Information
**Delivery Method:** Schaumburg Pickup

| Company Detail | |
|---|---|
| Company Name | HEATH INDUSTRIAL |
| Address | 2104 STONINGTON AVE<br>HOFFMAN ESTATES, IL 60169-2017 |
| Contact Name | DAVID HEATH |
| Phone Number | (847)809-3332 |
| Profit Indicator | P |

| PS Form 3607R - Mailing Transaction Receipt | |
|---|---|
| Account Holder Account Number | 1684165 |
| Account Holder Permit Number | 185 |
| Account Holder Permit Type | PI |
| Account Holder CRID | 6029487 |
| Post Office of Permit | CRYSTAL LAKE IL 60014-9998 |
| Post Office of Mailing | CRYSTAL LAKE IL 60014-9998 |
| Post Office of Permit Cost Center | 161872-8014 |
| Post Office of Mailing Cost Center | 161872-8014 |
| Mailing Agent Name | THE MAILROOM |
| Mailing Agent CRID | 5611510 |
| JOB ID | |
| Customer Reference ID | |
| CAPS Transaction Number | N/A |
| Class of Mail | First-Class Mail and First-Class Package Service |
| Processing Category | Letters (may include Postcards) |
| Postage Statement ID | 346713873 |
| Mailing Group ID | 244863290 |
| Mailer's Mailing Date | 07/11/2019 |
| Mailer Declared Total Pieces | 512 pcs. |
| Mailer Declared Total Weight | 16.6400 lbs. |
| Mailer Declared Weight of a single-piece | 0.0325 lbs. |
| USPS Determined Total Pieces | 512 pcs. |
| USPS Determined Total Weight | 16.6400 lbs. |
| USPS Determined Weight of a single-piece | 0.0325 lbs. |
| Total Number of Containers | 2 |
| Total Adjusted Postage | $ 235.01 |
| Payment Date and Time | 07/11/2019 15:22 |
| Payment Transaction Number | 201919215225956M0 |
| Adjustment Transaction Number | |
| Mailer Figures Adjusted? | No |
| Person authorizing adjustment | |
| Name | |
| Phone Number | |
| Acceptance Site Mailer ID | |
| Clerk Initials | EJW |
| Mail Arrival Date and Time | 07/11/2019 15:20 |



Natalie Gottschalk, left, formerly of Arlington Heights and now living in Milwaukee, her husband, Jay, and sister-in-law, Sarah Neczwid of Des Plaines, try beers during the Barrington Brew Fest Saturday. Proceeds from the event, held near the Metra station in downtown Barrington, benefits programs for local seniors. It's sponsored by the Barrington Area Council on Aging.

Cousins Will Lichtenberger, left, and Nick Dukas, both of Crystal Lake, down their beers during the Barrington Brew Fest Saturday.

# Barrington Brew Fest

*Proceeds benefit programs for seniors*

The classic rock cover band Second Time Around performs during the Barrington Brew Fest Saturday.



Petya Petrova of Arlington Heights stays cool during the Barrington Brew Fest Saturday.

## Wheeling woman in critical after being pulled from lake

By MARY CHAPPELL
*Daily Herald correspondent*

A 76-year-old Wheeling woman is in critical condition after being pulled from a lake in Round Lake Beach Saturday, the Chicago Sun-Times reported.

Authorities responded at 3:10 p.m. to Lakefront Park, where they found lifeguards and a bystander performing CPR on the woman, according to Battalion Chief Tony Carraro of the Greater Round Lake Fire Protection District.

Carraro said first responders then assumed medical care and took the woman by ambulance to Advocate Condell Medical Center in Libertyville.

## Man airlifted to burn center after suburban fire

*Daily Herald report*

A 33-year-old man was airlifted to the Loyola Medical Center in Maywood for treatment of burns after a house fire early today in Batavia.

All occupants of the house on the 300 block of State Street were evacuated by the time fire personnel arrived at 4:01 a.m., according to a Batavia Fire Department news release. The man was treated by ambulance crews before being airlifted.

Neighbors had called in the fire and notified the occupants, according to the release. Fire was showing from the rear of the residence when firefighters arrived. The cause of the fire remains under investigation, Battalion Chief John Lucas said in the news release.



Law Office of Miriam Cooper & Associates, LLC is pleased to announce that Shawn McKenna has been promoted to partner.

**Shawn McKenna**

Shawn represents clients in all areas of family law, including the negotiation and litigation of complex financial matters, child custody, support, division of property, domestic violence, contempt and enforcement proceedings, and parentage.

He is a Rising Star in Family Law named by *Super Lawyers Magazine*, a designation reserved for the top 2.5% of all Illinois attorneys under 40.

**M Law Office of MIRIAM COOPER & Associates, LLC**
3601 Algonquin Road, Suite 610, Rolling Meadows
847.995.8800



**American Auction Associates**

**PUBLIC AUCTION**
By order of the United States Bankruptcy Court, Northern District of Illinois, Bankruptcy Trustees Brenda Helms, Gina Krol, Peter Metrou, Cindy Johnson, Frank Kokoszka, Joji Takada, David Leibowitz, Zane Zielinski & Others

Summer Car, Truck & Trailer Sale

**Saturday, July 20th**
Starting at 11:00 AM
PREVIEW: Friday, July 19th, 9AM - 3PM
& Morning of Sale Starting at 9 AM

**2104 Stonington Avenue**
**Hoffman Estates**
**Illinois**

**SUV'S**
2018 Ford Edge AWD SEL SUV
2017 Ford Escape SE FWD SUV
2016 Lincoln MKX AWD Luxury SUV
2016 Jeep Compass Sport FWD SUV
2008 Cadillac Escalade AWD Luxury SUV
2008 GMC Envoy SLE Luxury SUV
**PICKUP TRUCKS**
2008 Ford F-150 Lariat SuperCrew 4x2 "Tailgater" Truck
2008 GMC Sierra 1500 SLE Z71 4X4 Crew Cab
2002 GMC Sierra 1500 Z71 Off Road 4x4
**PASSENGER VAN**
2016 Ford Transit Wagon 150XI RWD Low Roof

**SEDANS & COUPES**
2014 Chevrolet Corvette Stingray
2015 Lincoln MKZ AWD Four Door Sedan
2016 Ford Focus St Four Door FWD Hatchback
2006 VW Jetta 2.5 FWD Four Door Sedan
2001 VW Beetle Gls FWD Two Door Coupe
1968 Ford Galaxie 500 Two Door Hardtop
**TRUCK TRACTOR**
2008 Volvo VNL Truck Tractor
**BOX TRUCKS**
2007 GMC Savana 15Ft. Box Truck
2004 Chevrolet C4 16Ft Box Truck
**ATV'S**
2018 Yamaha Viking YXM700E
2017 Yamaha Viking YXM700ES

Visit us at www.amer-auction.com for more info

Bid Live Onsite or
**Bid Online at www.bidspotter.com**

Buyers Premium: 10% Onsite, 13% Online
Preview / Inspection: Friday, July 19th, 9 AM - 3 PM
Some Assets offered subject to lender approval

**American Auction Associates**
2104 Stonington • Hoffman Estates, IL
(847) 380-1755 • (224) 757-7577 (fax)
www.amer-auction.com
Illinois Auction License Firm License 444.000423

# A step backward in race relations?

## Support for Confederate Railroad saddens members of the black community downstate

**By John Homan**
Southern Illinois Media Group
jhoman@localsouthernnews.com


J.B. Pritzker   Terri Bryant   Angelo Hightower

MARION — Not everyone in southern Illinois views the ouster of the band Confederate Railroad from the Du Quoin State Fair lineup over its name and logo as political correctness gone too far.

In fact, some members of the black community said the eagerness by Black Diamond Harley-Davidson dealership in Marion and others to book the group represents a step backward in regional race relations.

"Do people not understand how offensive that is?" said Stephanie Willis, director of the Boyton Street Community Center in Marion.

Willis added she doesn't understand how anyone in good conscience could book a band with "Confederate" in the name and the Confederate flag on the album cover.

The musical group, which is based in Marietta, Georgia, was scheduled to play Aug. 27 at the Du Quoin fair, but last week Gov. J.B. Pritzker ordered the Department of Agriculture, which is in charge of the fair, to cancel the performance.

"The Confederate flag is a symbol of the hate, oppression and enslavement of African Americans," Pritzker's communications chief, Emily Bittner, said in a statement. "It was flown over states that committed treason and started a war — so that they could keep enslaving people."

Black Diamond Harley-Davidson, which is a popular concert venue in southern Illinois, this week signed the band to play there on Sept. 5. Ticket sales will start this morning.

Dealership co-owner Shad Zimbro said Confederate Railroad has a 30-year track record of delivering a family-friendly show.

"So, we brought them back to our area, where they have played many times before," he said. "I'm a big fan of music, but I'm an even bigger fan of southern Illinois and I hope everyone can set aside their differences and realize that for us it isn't about race or the varied meaning of a flag — it is about supporting the majority of people in southern Illinois."

Pritzker's decision drew a rebuke from state Rep. Terri Bryant, a Murphysboro Republican who vented her frustration Saturday on Facebook.

"I'm a firm believer in the government censoring as little speech as possible," Bryant posted. "I am a firm believer in First Amendment Rights. But, if these arbitrary 'politically correct' lines are going to be drawn for certain acts, then I would like to know from the administration where this starts and where it stops."

Bryant cited an anti-Trump album cover by the rapper Snoop Dogg, who is slated to perform next month at the Illinois State Fair in Springfield.

Former Marion City Commissioner Angelo Hightower said the controversy reveals a fundamental misunderstanding of what the Confederate symbol means to people of color and how it still strikes fear in the hearts of many.

Hightower said it would be an exercise in futility to ask Black Diamond to cancel the concert, but he doesn't believe the dealership intends to act in a racially divisive manner.

Instead, he thinks the owners view booking Confederate Railroad as an economic opportunity. "What better way to raise revenue?" he said.

What needs to happen going forward, Hightower said, is civil dialogue between all sides.

"Nobody takes the time to try to understand other points of view anymore," Hightower said. "People need to be aware of why people on the other side feel the way they do."

Hightower, the only black person elected to the Marion council, has organized forums on various "wedge" issues before. He thinks it may be time to hold another.


GEOFFREY RITTER/Southern Illinois Media Group
The band Confederate Railroad was scheduled to perform Aug. 27 at the Du Quoin State Fair, but Gov. J.B. Pritzker canceled the concert last week, citing the group's name and flag logo.

Meanwhile, the mayor of nearby Harrisburg, John McPeek, said he contacted the band's booking agent about putting on a concert in his town but "was just a little too late."

McPeek said he got both positive and negative reactions to the idea of hosting a Confederate Railroad concert, but the positive comments outweighed the negative.

• *Travis DeNeal and Renee Trappe of the Southern Illinois Media Group and Peter Hancock of Capitol News Illinois contributed to this report.*

## Unemployment checks going out two days late after system glitch

**By Jerry Nowicki**
Capitol News Illinois
jnowicki@capitolnewsillinois.com

SPRINGFIELD — The Illinois Department of Employment Security's unemployment claim system was back online Thursday after a more than two-day outage rendered the system unable to distribute unemployment checks or accept claims and certifications online.

"The mainframe system experienced a partial loss (3 percent) of data storage," Department of Innovation and Technology spokeswoman Jennifer Schultz said in a statement, adding that staff members have "successfully restored the vast majority of affected business applications."

Schultz said there were "other systems included" in the outage aside from the Illinois Benefit Information System, although it was unclear which ones. Schultz did not immediately respond to follow-up requests for clarification as to the cause of the data storage loss or the extent of its effect.

"Staff remains focused on resolving issues with the remaining impacted applications. A full evaluation of the event will be conducted to identify potential areas for improvement and to strengthen processes, posture, and resiliency to ensure this does not happen in the future," her statement said.

Benefit recipients who certified their claims on Monday will receive payments by Friday — two days later than scheduled — according to a department spokesman.

"Those who were unable to certify or file new claims over the past few days should do so now," Sam Salustro said in a statement. "Payments can take up to two days to process, so those benefit recipients should expect payments by Monday."

You can file new claims or certify your unemployment status online through the Illinois Benefit Information System. You also can call (800) 244-5631 or visit your nearest office, which can be found online at www.ides.illinois.gov/Pages/Office_Locator.aspx.



CIRQUE ITALIA
PARANORMAL CIRQUE
$10
HERE NOW!
JULY 11-15 & 18-21
GURNEE, IL

Gurnee Mills
6170 West Grand Ave, Gurnee IL 60031

July 11 & 18   7:30pm
July 12 & 19   7:30pm
July 13 & 20   6:30pm & 9:30pm
July 14 & 21   5:30pm & 8:30pm
July 15        7:30pm

PROMO CODE: THRILLER
$5 OFF any full priced ticket purchased in any level. Cannot be combined with any other offers or deals. Valid at any time of purchase. All shows have age restrictions.
www.paranormalcirque.com | 941.704.8572 | @ParanormalCirque



American Auction Associates
PUBLIC AUCTION
By order of the United States Bankruptcy Court, Northern District of Illinois, Bankruptcy Trustees Brenda Helms, Gina Krol, Peter Metrou, Cindy Johnson, Frank Kokoszka, Joji Takada, David Leibowitz, Zane Zielinski & Others
Summer Car, Truck & Trailer Sale

Saturday, July 20th
Starting at 11:00 AM
PREVIEW: Friday, July 19th, 9AM - 3PM
& Morning of Sale Starting at 9 AM

2104 Stonington Avenue
Hoffman Estates
Illinois

SUV'S
2018 Ford Edge AWD SEL SUV
2017 Ford Escape SE FWD SUV
2016 Lincoln MKX AWD Luxury SUV
2016 Jeep Compass Sport FWD SUV
2008 Cadillac Escalade AWD Luxury SUV
2008 GMC Envoy SLE Luxury SUV
PICKUP TRUCKS
2008 Ford F-150 Lariat SuperCrew 4x2 "Tailgater" Truck
2008 GMC Sierra 1500 SLE Z71 4X4 Crew Cab
2002 GMC Sierra 1500 Z71 Off Road 4x4
PASSENGER VAN
2016 Ford Transit Wagon 150XL RWD Low Roof

SEDANS & COUPES
2014 Chevrolet Corvette Stingray
2015 Lincoln MKZ AWD Four Door Sedan
2016 Ford Focus St Four Door FWD Hatchback
2006 VW Jetta 2.5 FWD Four Door Sedan
2001 VW Beetle Gls FWD Two Door Coupe
1968 Ford Galaxie 500 Two Door Hardtop
TRUCK TRACTOR
2008 Volvo VNL Truck Tractor
BOX TRUCKS
2007 GMC Savana 15Ft. Box Truck
2004 Chevrolet C4 16Ft Box Truck
ATV'S
2018 Yamaha Viking YXM700E
2017 Yamaha Viking YXM700ES

Visit us at www.amer-auction.com for more info

Bid Live Onsite or
Bid Online at www.bidspotter.com

Buyers Premium: 10% Onsite, 13% Online
Preview / Inspection: Friday, July 19th, 9 AM - 3 PM
Some Assets offered subject to lender approval

American Auction Associates
2104 Stonington • Hoffman Estates, IL
(847) 380-1755 • (224) 757-7577 (fax)
www.amer-auction.com
Illinois Auction Licenses Firm License 444 000423